1  Michele R. Stafford, Esq. (SBN 172509)
   Adrian L. Canzoneri, Esq. (SBN 265168)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  acanzoneri@sjlawcorp.com

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., | Case No.: C15-00669 MMC |
|---|---|
| Plaintiffs, | **PLAINTIFFS' REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |
| v. | |
| INTEGRITY COMPANY, INC., dba INTEGRITY PAINTING, a California Corporation; JAMES S. BURNS, an Individual, | Date: May 15, 2015<br>Time: 10:30 a.m.<br>Dept: Ctrm. 7, 19th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |
| Defendants. | *Honorable Maxine M. Chesney* |

Plaintiffs respectfully request that the Initial Case Management Conference, currently on calendar for May 15, 2015, be continued for approximately ninety (90) days. Good cause exists for the granting of the continuance, as follows:

1.  As the Court's records will reflect, this action was filed on February 12, 2015 [Dkt. No. 1]. Defendants were both personally served on April 26, 2015. Plaintiffs filed a Proof of Service of Summons with the Court, as to each Defendant, on May 7, 2015 [Dkt. Nos. 11-12].

2.  To date, Defendants have yet to respond to the Complaint, or otherwise appear in this matter.

3.  There are no issues that need to be addressed by the parties at the currently scheduled Initial Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs respectfully request that the upcoming Case Management Conference be

1  continued for approximately ninety (90) days, to allow Defendants the opportunity to appear in this
2  matter, or in the alternative, to allow Plaintiffs adequate time to pursue Defendants' default and
3  subsequent default judgment.

4      I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
5  entitled action, and that the foregoing is true of my own knowledge.

6
7  Dated: May 7, 2015                SALTZMAN & JOHNSON
                                      LAW CORPORATION

By: _____
     Adrian L. Canzoneri
     Attorneys for Plaintiffs

**IT IS SO ORDERED.**

    The Initial Case Management Conference currently set for May 15, 2015, is hereby continued to _____August 14, 2015_____ at _____10:30 a.m._____, and all previously set deadlines and dates related to this case are continued accordingly.

DATED: ____May 8, 2015

_____
UNITED STATES DISTRICT COURT JUDGE